UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R# 290767

IN RE:  
RAYMOND RONALD COMPTON  
ELADIA ESTHER COMPTON

CASE NO. 05-45310-BKC-RAM

CHAPTER 13

MAY 26 2011

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 87.83 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: MAY 25 2011

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

RAYMOND RONALD COMPTON  
ELADIA ESTHER COMPTON  
1125 W 30 ST  
HIALEAH, FL 33012

JOSHUA S. MILLER, ESQUIRE  
9555 N. KENDALL DRIVE, #211  
MIAMI, FL 33176

CHEVRON CREDIT BANK, N.A.  
2001 DIAMOND BLVD.  
PO BOX 5010, SECT. 230  
CONCORD, CA 94524-0010

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.  05-45310-BKC-RAM
RAYMOND RONALD COMPTON
ELADIA ESTHER COMPTON

                                          CHAPTER 13


RAYMOND RONALD COMPTON
ELADIA ESTHER COMPTON
1125 W 30 ST
HIALEAH, FL 33012


JOSHUA S. MILLER, ESQUIRE
9555 N. KENDALL DRIVE, #211
MIAMI, FL 33176


CHEVRON CREDIT BANK, N.A.      ---------$         87.83
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230                   UNDELIVERABLE/STALE
CONCORD, CA 94524-0010                   CLAIM REGISTER# 15-1

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130